## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THI TICH HUYNH | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 18-CV-2128 |
| | : |
| GREYHOUND LINES, INC. and | : |
| JOHN DOE | : |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of the Parties' Stipulation as to Damages approved by this Court on May 22, 2018, it is hereby ORDERED that pursuant thereto this Case is REMANDED to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.